CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| BRITANI DEBERRY,<br><br>       Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>       Defendant. | Case No. 3:12-cv-196-TMB |

## STIPULATION FOR DISMISSAL

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

                   FARLEY & GRAVES, P. C.

Date: 3/24/2014        By: s/Cheryl L. Graves
                   CHERYL L. GRAVES
                   807 G Street, Suite 250
                   Anchorage, AK  99501
                   Ph. (907) 274-5100
                   Fax (907) 274-5111
                   E-Mail:   cgraves@farleygraves.com
                   Alaska Bar No.:  9711062
                   Attorneys for Defendant State Farm Mutual
                   Automobile Insurance Company

STIPULATION FOR DISMISSAL          Page 1 of 2         /NEB
*DEBERRY v. STATE FARM*
CASE NO. 3:12-cv-196-TMB
31327 pc210605

Case 3:12-cv-00196-TMB   Document 13   Filed 03/24/14   Page 1 of 2

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

|  |  |
|---|---|
|  | ROGERS & WIRSCHEM LLC |
| Date: 3/24/2014 | By: s/Michael R. Wirschem |
|  | MICHAEL R. WIRSCHEM |
|  | 2600 Denali Street, Suite 711-B |
|  | Anchorage, AK 99503 |
|  | Ph. (907) 565-5663 |
|  | Fax (907) 565-5684 |
|  | Email: mikewirschem@gmail.com |
|  | Alaska Bar No. 9511049 |
|  | Attorney for Plaintiff Britani DeBerry |

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 24 day of March 2014 a true and correct copy of the foregoing was served electronically on the following person(s):

Michael R. Wirschem, Esq.
Rogers & Wirschem LLC
2600 Denali Street, Suite 711-B
Anchorage, AK 99503
mikewirschem@gmail.com

By: s/Cheryl L. Graves

STIPULATION FOR DISMISSAL
*DEBERRY v. STATE FARM*
CASE NO. 3:12-cv-196-TMB
31327 pc210605

Page 2 of 2

/NEB